**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 09-04305MP-001-PCT-MEA |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Vivian Ben, | ) | |
| Defendant. | ) | |

The defendant appeared in court and admitted to violating the conditions of probation as alleged in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of her probation.

IT IS ORDERED on Citation 1548277 revoking the defendant's supervised probation as unsuccessfully completed and hereby committing defendant to the custody of the Bureau of Prisons for the term of **TWENTY-ONE (21) DAYS**, with credit for time served.

IT IS FURTHER ORDERED that on Citation 1548278 reinstating the defendant on supervised probation for a period of one (1) year subject to the previously ordered conditions and special conditions of probation. In addition, the following conditions are imposed:

1. You shall not consume or posses any alcohol during the term of probation.

2. You shall participate and successfully complete a substance abuse treatment program as directed by the probation officer.

IT IS FURTHER ORDERED that the defendant's supervised probation is to begin upon defendant's release from custody.

DATED this 13th day of August, 2010.

_____
Mark E. Aspey
United States Magistrate Judge